UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| ELIZABETH BINION,<br>　　　　　Plaintiff<br><br>　　　　V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>　　　　　Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE　　　1:11-AT-00816 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X　GRANTED.

　　X　The clerk is directed to file the complaint.

　　X　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐　DENIED, for the following reasons:

_____

_____


ENTER this ___23rd___ day of _____December_____, __2011__.


　　　　　　　　　　　　　　　　　　___/s/ Barbara A. McAuliffe___
　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　__BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE__
　　　　　　　　　　　　　　　　　　Name and Title of Judicial Officer