BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: tova.wolking@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELIZABETH BINION,<br><br>    Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:11-cv-02128-LJO (GSA)<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and subject to the approval of the Court, that Defendant shall have a first extension of time of thirty (30) days to respond to Plaintiff's opening brief. Defendant requests this extension because the case has recently been reassigned to another attorney. The attorney will need additional time to review the certified administrative record, research the arguments set forth in Plaintiff's opening brief, and to prepare an appropriate response.

///

///

The current due date is October 12, 2012. The new date will be November 13, 2012. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                            Respectfully submitted,

DATE: October 5, 2012        By:    */s/ Sengthiene Bosavanh\**
                                            SENGTHIENE BOSAVANH
                                            (*As authorized via email)
                                            Attorney for Plaintiff


                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: October 5, 2012        By:    */s/ Tova D. Wolking*
                                            TOVA D. WOLKING
                                            Special Assistant United States Attorney

                                            Attorneys for Defendant Michael J. Astrue

                                            <u>ORDER</u>

IT IS SO ORDERED.

    Dated:    **October 5, 2012**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE